

| | |
|---|---|
| DON ROBERT FAIRCLOTH ) | |
| ) | |
| v. ) | Case No. CV611-103 |
| ) | |
| STATE OF GEORGIA ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 11 day of Oct, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA